UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Bank of America Account Number ) <br> XXXXXXXX1226, VL: $101,202.09 and ) <br> ) <br> Bank of America Account Number ) <br> XXXXXXXX4018, VL: $192,878.85, ) <br> ) <br> Defendants. ) | Civil Case No. 13-CV-1371 <br> (TJM/DEP) |

## JUDGMENT IN A CIVIL CASE

**WHEREAS**, by virtue of the Order Directing Entry of a Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on _March 27, 2014_, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the sum of $205,856.66 in U.S. Currency is hereby forfeited to the United States of America and the remaining balance of $88,224.28 in U.S. Currency shall be returned to the claimants.

_March 27, 2014_
Date

Lawrence K. Baerman
Clerk

_Sue Potter_
(By) Deputy Clerk